UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALLIE D. AUCOIN** | **CASE NO.** _____ |
| **VERSUS** | |
| **PHYSICIANS GROUP LABORATORIES, LLC AND CHRISTOPHER CEDOTAL** | |

## COMPLAINT

Plaintiff, Callie D. Aucoin ("Mrs. Aucoin") an individual of the full age of majority who brings this complaint against Physicians Group Laboratories, LLC and Christopher Cedotal, stating the following:

*Defendants*

1.

Made Defendants herein and liable unto Mrs. Aucoin are the following:

• Physicians Group Laboratories, LLC, a Louisiana limited liability company with its principal place of business at 1356 West Tunnel Blvd., Suite C, Houma, LA 70360; and

• Christopher Cedotal, an individual of the full age of majority who is a resident of the State of Louisiana.

*Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 because Mrs. Aucoin files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*) ("FLSA").

3.

Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) because both defendants are residents of this District. Additionally, all or substantially all of the work performed by Mrs. Aucoin took place within this District.

*Plaintiff's FLSA Claim*

4.

Defendants employed Mrs. Aucoin on or about May 18, 2016.

5.

During the time period relevant to this lawsuit, Mrs. Aucoin was employed as a Laboratory Technician. The job description provided to Mrs. Aucoin identifies her position as a Laboratory Technician as a "non-exempt" status.

6.

From the beginning of Mrs. Aucoin's employment with Defendants until approximately May 3, 2019, Mrs. Aucoin was paid on a salaray basis, which began at $1,916.67 on a bi-weekely basis and was increased from time-to-time throughout Mrs. Aucoin's employment with Defendants.

7.

From approximately April of 2017 through approximately February of 2019, Defendants paid Mrs. Aucoin $20.00 per hour for "overtime" hours. However, this "overtime" payment was based on hours over 44 hours in a workweek, not 40 hours, and was less than the required time and a half of Mrs. Aucoin's regular rate of wage.

8.

Mrs. Aucoin was at all times relevant to this matter a non-exempt employee of the Defendants.

9.

Mrs. Aucoin would routinely work in excess of 40 hours in a workweek.

10.

Despite the fact that Mrs. Aucoin was a non-exempt employee under the Fair Labor Standards Act, she was never paid an overtime rate of one and one-half times her regular rate of pay for hours worked in excess of 40 hours per week.

11.

On information and belief, Physicians Group Laboratories, LLC is a member-managed limited liability company.

12.

At all times relevant herein, defendant Christopher Cedotal was a member of Physicians Group Laboratories, LLC. Upon information and belief, Christopher Cedotal established Physicians Group Laboratories, LLC's policy not to pay overtime compensation to Mrs. Aucoin. Additionally, Christopher Cedotal negotiated and entered into the employment agreement between Mrs. Aucoin and Physicians Group Laboratories, LLC. Further, Christopher Cedotal managed the daily activities of Mrs. Aucoin.

13.

Physicians Group Laboratories, LLC is an "enterprise" as that term is defined by the FLSA, 29 U.S.C. § 203(r)(1), and is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA, 29 U.S.C. § 203(s)(1).

14.

On information and belief, Defendant Physicians Group Laboratories, LLC has annual revenue that exceeds $500,000.00 for all years relevant to this matter.

15.

On information and belief, Mrs. Aucoin, during and in connection with her employment with Defendant Physicians Group Laboratories, LLC used computer systems, laboratory equipment, and laboratory instruments that were produced outside of the State of Louisiana.

16.

Defendants are Mr. Aucoin's "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d). Defendants (1) controlled Mrs. Aucoin's method and manner of work; (2) controlled the schedule for when Mrs. Aucoin would work; and (3) had a much larger investment, in comparison to Mrs. Aucoin, relative to the work performed.

17.

Section 207(a)(2)(C) of the FLSA mandates that employees are entitled to overtime pay at a rate of no less than one and one-half times the employee's regular rate for all hours worked in excess of 40 hours per week.

18.

The Defendants have willfully refused to pay overtime to Mrs. Aucoin for hours worked in excess of 40 hours per week in an attempt to extract a higher profit margin for the Defendants.

19.

The Defendants' failure to pay Mrs. Aucoin overtime compensation was unreasonable and lacked good faith, and as such, the Defendants are liable to Mrs. Aucoin for the unpaid overtime compensation, liquidated damages, and reasonable attorney's fees and costs.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendants, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendants, Physicians Group Laboratories, LLC and Christopher Cedotal, *in solido*, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorney's fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

**THE BULLMAN LAW FIRM, LLC**

*/s/James R. Bullman*
James R. Bullman, Bar Roll No. 35064 –T.A.
201 St. Charles Street
Baton Rouge, LA 70802
Telephone:  (225) 993-7169
Facsimile:  (225) 387-3198
Email: james@thebullmanlawfirm.com
*Attorney for Plaintiff*