UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALLIE D. AUCOIN | * | CIVIL ACTION |
| VERSUS | * | NO. 2:19-cv-10932 |
| PHYSICIANS GROUP LABORATORIES, LLC AND CHRISTOPHER CEDOTAL | * | JUDGE: ZAINEY |
| | * | MAGISTRATE: DOUGLAS |

* * * * * * * *

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Physicians Group Laboratories, LLC ("PGL") certifies that to the best of my knowledge and belief:

1. PGL has no parent corporation, nor is there any publicly held corporation owning 10% or more of PGL's stock.

    Respectfully submitted,

    BRADLEY MURCHISON KELLY & SHEA LLC

    BY: /s/ Michael C. Mims
    MICHAEL C. MIMS [#33991]
    BRITTANIE D. WAGNON [#37344]
    1100 Poydras St., Ste. 2700
    New Orleans, LA 70163-2700
    Tel.: (504) 596-6300
    Fax: (504) 596-6301
    ATTORNEYS FOR DEFENDANTS PHYSICIANS GROUP LABORATORIES, LLC AND CHRISTOPHER CEDOTAL

2

## CERTIFICATE OF SERVICE

I certify that on August 19, 2019, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Michael C. Mims
MICHAEL C. MIMS