## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALLIE D. AUCOIN** | **CASE NO.: 2:19-cv-10932**<br>**SECTION: "A" (3)** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **PHYSICIANS GROUP LABORATORIES, LLC AND CHRISTOPHER CEDOTAL** | **MAGISTRATE: DOUGLAS** |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties' joint stipulation of dismissal with prejudice and the provisions of Federal Rule 41(a) considered;

IT IS ORDERED ADJUDGED AND DECREED that the parties' settlement of the above captioned civil action is hereby approved, and the above captioned civil action be and is hereby dismissed with prejudice with the parties to bear their own costs and expenses.

New Orleans, Louisiana, this 6th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE